Donald L. Ridge, Esq. (SBN: 132271)
**CLARK HILL LLP**
1055 West Seventh Street, Suite 2400
Los Angeles, CA  90017
Telephone:  (213)891-9100
Facsimile:  (213)488-1178
DRidge@clarkhill.com

*Attorney for Plaintiffs*
*Pinkerton Tobacco Co., LP,*
*Swedish Match North America LLC,*
*and NYZ AB*

Vinay V. Joshi (SBN:  213487)
**AMIN TUROCY & WATSON LLP**
160 West Santa Clara Street, Suite 975
San Jose, CA  95113
Telephone:  (650) 618-6481
Facsimile:  (650)618-6470
vjoshi@atwiplaw.com

*Attorney for Plaintiff*
*wm17 Holding GmbH*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PINKERTON TOBACCO CO., LP, SWEDISH MATCH NORTH AMERICA LLC, NYZ AB, and WM17 HOLDING GMBH,<br>            Plaintiffs,<br>   v.<br>THE ART FACTORY AB, TILLCE AB, KRETEK INTERNATIONAL, INC., and DRYFT SCIENCES, LLC<br>            Defendants. | **Case No.** 2:20-cv-1322-RGK-MRW<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO LIFT STAY**<br><br>The Hon. R. Gary Klausner<br><br>Hearing Date: August 10, 2020<br>Hearing Time: 9:00 A.M.<br>Courtroom: 850 |

1

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD:

**PLEASE TAKE NOTICE** that on August 10, 2020, at 9:00 a.m., or as soon thereafter as counsel may be heard, Plaintiffs Pinkerton Tobacco Co., LP, Swedish Match North America LLC, NYZ AB, and wm17 Holding GmbH (collectively, "Plaintiffs"), by and through their undersigned attorneys, shall move before the Honorable R. Gary Klausner, U.S.D.J., at the Roybal Federal Building and United States Courthouse, 255 East Temple Street, Los Angeles, CA 90012, for entry of an Order to lift the stay currently in place in this case. This motion is brought on the grounds that a stay under 28 U.S.C. § 1659 is no longer warranted.

**PLEASE TAKE FURTHER NOTICE** that this Motion is made following the conference of counsel pursuant to L.R. 7-3, which took place beginning on June 30, 2020, via email communications.

**PLEASE TAKE FURTHER NOTICE** that, in support of this Motion, Plaintiffs shall rely on the accompanying Memorandum of Law and the Declaration of Donald Ridge, along with exhibits attached thereto, as well as all other papers and pleadings on file in this matter.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is also submitted herewith.

Dated: July 10, 2020     **CLARK HILL LLP**

By: /s/
    Donald L. Ridge

Attorneys for Plaintiffs
Pinkerton Tobacco Co., LP, Swedish Match North America LLC, and NYZ AB

Dated: July 10, 2020     **AMIN TUROCY & WATSON LLP**

By: /s/
    Vinay V. Joshi

Attorneys for Plaintiff
wm17 Holding GmbH

**SIGNATURE ATTESTATION PURSUANT TO L.R. 5-4.3.4(a)(2)(i)**

Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I hereby attest that the other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

Dated: July 10, 2020     **CLARK HILL LLP**

By: ___/s/___
    Donald L. Ridge