1
2
3
4
5
6
7
8
9
10
11

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

12  PINKERTON TOBACCO CO., LP,
    SWEDISH MATCH NORTH
13  AMERICA LLC, NYZ AB, and WM17
    HOLDING GMBH,
14
15                        Plaintiffs,

16         v.

17  THE ART FACTORY AB, TILLCE AB,
    KRETEK INTERNATIONAL, INC., and
18  DRYFT SCIENCES, LLC,

19                        Defendants.

20

**Case No.** 2:20-cv-1322-SB-MRWx

**ORDER REGARDING STIPULATION
OF NON-INFRINGEMENT OF THE
'908 PATENT**

[HON. STANLEY BLUMENFELD, JR.]

21              **ORDER OF NON-INFRINGEMENT**

22         Having considered the Parties' joint stipulation and request for entry of judgment

23  of non-infringement for all asserted claims of U.S. Patent No. 9,161,908 ("the '908

24  patent") based on the Court's *Markman* Order (DN 244) and the interests of judicial

25  administration, and for good cause shown;

26         **IT IS** on this 19th day of January, 2022,

27         **ORDERED AND ADJUDGED** that **JUDGMENT IS HEREBY ENTERED IN**

28  **FAVOR OF DEFENDANTS** and **AGAINST PLAINTIFFS** with respect to Plaintiffs'

1

Amended Complaint (DN 144) concerning infringement of the '908 patent in view of this Court's *Markman* Order (DN 244) and the Parties' joint stipulation.

In light of the Court's *Markman* Order, Plaintiffs cannot prove that Defendants' accused DRYFT product utilizes a "free nicotine salt" as required by the Asserted Claims, either literally or under the doctrine of equivalents, and thus Plaintiffs cannot establish that the accused products infringe any of the Asserted Claims of the '908 patent.

The Court directs entry of final judgment in favor of Defendants and against Plaintiffs on all claims in the First Amended Complaint (DN 144).  Defendants are the prevailing parties.

The deadline for filing any Bill of Costs and Motion for Fees (including any Motion for Fees under 35 U.S.C. § 285) concerning this judgment shall be 60 days from the date on which the Federal Circuit enters its mandate on Plaintiffs' appeal.

Dated: January 19, 2022



**HONORABLE STANLEY BLUMENFELD JR.**
UNITED STATES DISTRICT JUDGE