| | |
|---|---|
| 1 | Donald Ridge, Esq. (SBN: 132171) |
| 2 | **CLARK HILL LLP**<br>555 South Flower Street, 24th Floor |
| 3 | Los Angeles, CA 90071<br>Telephone: (213) 891-9100 |
| 4 | Facsimile: (213) 488-1178<br>DRidge@clarkhill.com |
| 5 | |
| 6 | *Attorney for Plaintiffs*<br>*Pinkerton Tobacco Co., LP,* |
| 7 | *Swedish Match North America LLC,*<br>*and NYZ AB* |
| 8 | |
| 9 | John E. Lord (SBD: 216111)<br>**ONE LLP** |
| 10 | 23 Corporate Plaza Drive, Suite 150-105<br>Newport Beach, CA 92660 |
| 11 | Telephone: (949) 502-2870<br>Facsimile: (949) 258-5081 |
| 12 | jlord@onellp.com |
| 13 | |
| 14 | *Attorney for Plaintiff*<br>*Helix Innovations GmbH* |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PINKERTON TOBACCO CO., LP, SWEDISH MATCH NORTH AMERICA LLC, NYZ AB, and WM17 HOLDING GMBH,<br><br>  Plaintiffs,<br><br>  v.<br><br>THE ART FACTORY AB, TILLCE AB, KRETEK INTERNATIONAL, INC., and DRYFT SCIENCES, LLC,<br><br>  Defendants. | **Case No.** 2:20-cv-1322-SB-MRWx<br><br>**REPRESENTATION STATEMENT**<br>**[F.R.A.P. 12(b); Circuit Rule 3-2(b)]**<br><br>[HON. STANLEY BLUMENFELD, JR.] |

1

# REPRESENTATION STATEMENT

The undersigned represents Plaintiffs/Appellants, Pinkerton Tobacco Co., LP, Swedish Match North America LLC, and NYZ AB in this matter. Below is a list of all counsel for the respective parties to the above-captioned action, identified by name, firm, address, and telephone number. F.R.A.P. 12(b); Circuit Rule 3-2(b).

| | |
|---|---|
| Donald Ridge, Esq. (SBN: 132171)<br>**CLARK HILL LLP**<br>555 South Flower Street, 24th Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 891-9100<br>Facsimile: (213) 488-1178<br>DRidge@clarkhill.com | David S. Bloch (SBN: 184530)<br>**GREENBERG TRAURIG, LLP**<br>Four Embarcadero Center, Suite 3000<br>San Francisco, CA 94111<br>Telephone: (415) 655-1300<br>Facsimile: (415) 707-2010<br>blochd@gtlaw.com |
| Timothy J. May (*Pro Hac Vice*)<br>Bryan C. Diner (*Pro Hac Vice*)<br>Elizabeth Niemeyer (*Pro Hac Vice*)<br>D. Brian Kacedon (*Pro Hac Vice*)<br>Caitlin E. O'Connell (*Pro Hac Vice*)<br>Paul W. Townsend (*Pro Hac Vice*)<br>Elliott T. LaParne (*Pro Hac Vice*)<br>**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**<br>901 New York Avenue, NW<br>Washington, D.C. 20001<br>Telephone: (202) 408-4000<br>Facsimile: (202) 408-4400<br>Tim.May@finnegan.com<br>Bryan.Diner@finnegan.com<br>Elizabeth.Niemeyer@finnegan.com<br>Bryan.Kacedon@finnegan.com<br>Caitlin.OConnell@finnegan.com<br>Paul.Townsend@finnegan.com<br>Elliott.LaParne@finnegan.com | Scott J. Bornstein<br>Brian J. Prew<br>**GREENBERG TRAURIG, LLP**<br>200 Park Avenue<br>New York, NY 10166<br>Telephone: (212) 801-9200<br>Facsimile: (212) 801-6400<br>bornsteins@gtlaw.com<br>prewb@gtlaw.com<br><br>Colin W. Fraser<br>**GREENBERG TRAURIG, LLP**<br>18565 Jamboree Road, Suite 500<br>Irvine, CA 92612<br>Telephone: (949) 732-6500<br>Facsimile: (949) 732-6501<br>fraswercw@gtlaw.com<br><br>Vivian S. Kuo<br>**GREENBERG TRAURIG, LLP**<br>2101 L Street NW, Suite 1000<br>Washington, D.C. 20037<br>Telephone: (202) 331-3158<br>Facsimile: (202) 331-3101<br>kuov@gtlaw.com |
| Erik R. Puknys (SBN: 190926)<br>**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**<br>3300 Hillview Avenue<br>Palo Alteo, CA 94304-1203<br>Telephone: (650) 849-6600 | *Attorneys for Defendants Kretek International, Inc. and* |

2

| | |
|---|---|
| Facsimile: (650) 849-6666<br>Erik.Puknys@finnegan.com | *Dryft Sciences, LLC* |

*Attorney for Plaintiffs*
*Pinkerton Tobacco Co., LP,*
*Swedish Match North America LLC,*
*and NYZ AB*

John E. Lord (SBN: 216111)
**ONE LLP**
23 Corporate Plaza Drive, Suite 150-105
Newport Beach, CA 92660
Telephone: (949) 502-2870
Facsimile: (949) 258-5081
jlord@onellp.com

George D. Moustakas (*Pro Hac Vice*)
**Harness Dickey and Pierce PLC**
5445 Corporate Drive, Suite 2000
Troy, MI 48098
Telephone: (248) 641-1600
Facsimile: (248) 641-0270
gdmoustakas@harnessip.com

*Attorneys for Plaintiff*
*Helix Innovations GmbH*

| | |
|---|---|
| Dated: February 7, 2022 | **CLARK HILL LLP**<br><br>By: /s/ Donald L. Ridge<br>Donald L. Ridge<br><br>Attorneys for Plaintiffs<br>Pinkerton Tobacco Co., LP, Swedish Match North America LLC, and NYZ AB |

3