# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PINKERTON TOBACCO CO., LP, SWEDISH MATCH NORTH AMERICA LLC, NYZ AB, and WM17 HOLDING GMBH,<br><br>        Plaintiffs,<br><br>   v.<br><br>THE ART FACTORY AB, TILLCE AB, KRETEK INTERNATIONAL, INC., and DRYFT SCIENCES, LLC,<br><br>        Defendants. | Case No. 2:20-cv-1322-SB-MRW<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE [DKT. NO. 262]**<br><br>The Hon. Stanley Blumenfeld, Jr. |

Having reviewed the parties' Joint Stipulation for Dismissal with Prejudice, Dkt. No. 262, the Court ORDERS that Case No. 2:20-cv-1322-SB-MRW is dismissed with prejudice in its entirety, with each party to bear their own costs, expenses, and attorneys' fees.

**IT IS SO ORDERED**.

Dated: March 30, 2023

_____
**Stanley Blumenfeld Jr.**
United States District Judge